IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /C D.C.

05 JUL 26 PM 5:11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CR. NO. 05-20200-01-Ma |
| ANDRE ADAMS (WRISTER), ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 22, 2005, the United States Attorney for this district appearing for the Government and the defendant, Andre Adams (Wrister), appearing in person and with retained counsel, Mr. Leslie L. Ballin.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 & 2 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, October 21, 2005 at 10:30 a.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 26th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-28-05

19

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20200 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT