IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                NO. 05-20200-Ma

ANDRE ADAMS,
a/k/a ANDRE WRISTER,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's October 17, 2005, motion to reset the sentencing of Andre Adams, which is presently set for October 21, 2005. For good cause shown, the motion is granted. The sentencing of defendant Andre Adams, a/k/a Andre Wrister, is **reset to Tuesday, November 15, 2005, at 1:30 p.m.**

It is so ORDERED this 18th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20200 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT