IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ _____ D.C.

05 NOV -2 PM 12:33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 05-20200-Ma

ANDRE ADAMS, a/k/a
ANDRE WRISTER,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the government's October 31, 2005, motion to reset the sentencing of Andre Adams, which is presently set for November 15, 2005.  For good cause shown, the motion is granted.  The sentencing of defendant Andre Adams, a/k/a Andre Wrister, is **reset to Friday, February 17, 2005, at 9:00 a.m.**

It is so ORDERED this 31st day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-4-05

(27)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20200 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT